AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | |
|---|---|
| United States of America<br>v.<br>JOCKO DANE ROSELLO<br><br>Defendant(s) | )<br>)<br>) Case No. **1:21-MJ-00069**<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __SEE ATTACHMENT A__ in the county of __Hamilton__ in the __Southern__ District of __Ohio__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| | SEE ATTACHMENT A |
| 18 U.S.C. § 2252A(a)(2) and (b) | Receipt of Child Pornography |
| 18 U.S.C. § 2252A(a)(5)(B) and (b)(2). | Possession of Child Pornography |

This criminal complaint is based on these facts:

See Attached Affidavit.

☑ Continued on the attached sheet.

*Complainant's signature*

TFO Mary Braun, FBI
*Printed name and title*

Sworn to before me and signed in my presence.
**via electronic means, specifically Facetime video.**

Date: **Jan 26, 2021**

*Judge's signature*

City and state: CINCINNATI, OHIO

Stephanie K. Bowman, U.S. Magistrate Judge
*Printed name and title*

## ATTACHMENT A

### COUNT ONE

### (Receipt of Child Pornography)

On or about December 19, 2019 in the Southern District of Ohio and elsewhere, the defendant, JOCKO DANE ROSELLO, did knowingly receive any child pornography, as defined in Title 18 United States Code Section 2256(8), using any means and facility of interstate and foreign commerce and that had been mailed and shipped and transported in interstate and foreign commerce by any means, including by computer.

All in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1).

### COUNT TWO

### (Possession of Child Pornography)

On or about January 20, 2021, in the Southern District of Ohio, the Defendant, JOCKO DANE ROSELLO, did knowingly possess a computer disk, and other material, to wit: an Alcatel One Touch Tablet, that contained an image of child pornography, as defined in Title 18, United States Code, Section 2256(8)(A), that had been mailed, shipped and transported using any means and facility of interstate and foreign commerce, and in and affecting interstate and foreign commerce by any means, including by computer, and which was produced using materials that had been mailed, shipped and transported in and affecting interstate and foreign commerce by any means, including by computer.

All in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

## AFFIDAVIT IN SUPPORT OF CRIMININAL COMPLAINT

I, Mary P. Braun, a Detective with the Cincinnati Police Department and a Task Force Officer with the Federal Bureau of Investigation (FBI), being duly sworn, hereby depose and state:

### I. INTRODUCTION

1. I have been employed as a Police Specialist with the Cincinnati Police Department since 2004, and for the past ten years have been assigned to the Regional Electronics Computer Investigations (RECI) Task Force working on crimes involving computers and computer-based crimes against children and others. Through my work in the Cincinnati Police Department, I have become familiar with the methods and schemes employed by persons who trade and collect child pornography as well as the manner in which adults seduce children for hands-on offenses. As a Task Force Officer, I have investigated federal criminal violations involving crimes against children, child pornography, and human trafficking. I have received formal training in the investigation of these matters at the Cincinnati Police Academy, the Federal Bureau of Investigation, and the National Center for Missing and Exploited Children, through other in-service training, and through private industry. As part of the Federal Bureau of Investigation's Child Exploitation/Human Trafficking Task Force, in 2011, I was deputized by the United States Marshals Service as a Special Deputy United States Marshal, thereby authorized to seek and execute arrest and search warrants supporting a federal task force.

2. During my career as a Detective and Task Force Officer, I have participated in various investigations involving computer-related offenses and executed numerous search warrants to include those involving searches and seizures of computers, computer equipment, software, and electronically stored information. I have received both formal and informal training in the detection and investigation of computer-related offenses. As part of my duties as a Task Force Officer, I investigate criminal violations relating to child exploitation and child pornography

1

including the illegal production, distribution, transmission, receipt, and possession of child pornography, in violation of 18 U.S.C. §§ 2252(a) and 2252A.

3. As a Task Force Officer, I am authorized to investigate violations of laws of the United States and to execute warrants issued under the authority of the United States.

4. I am familiar with the facts and circumstances of this case. The information contained in this affidavit is either personally known to me, based upon my own personal observations and review of various investigative reports and records, or has been provided to me by other law enforcement agents or sworn law enforcement personnel. Because this affidavit is being submitted for the limited purpose of obtaining an arrest warrant. I have not included in this affidavit all information known by me relating to the investigation. I have set forth facts to establish probable cause for the charges in the complaint. I have not withheld any evidence or information that would negate probable cause.

## II. INVESTIGATION AND PROBABLE CAUSE

5. Your affiant was contacted by the parents of Minor Victim 1 ("MV1"), date of birth 08/XX/2003, regarding telecommunications harassment. MV1 had met the subject, "Jack", online in late 2019. They chatted mostly through Instagram, although MV1 could not remember Jack's Instagram screen name. MV1 stated that she sent Jack two images of herself exposing her breasts and vagina.

6. MV1 began receiving messages from numerous unknown phone numbers and screen names, threatening MV1 and her family. The subject told her that if she did not break up with her boyfriend, he would send the images she sent, to her school. Once she did this, he stopped contacting her for some time.

7. The suspect began contacting MV1 again, threatening her and her family. He told her that if she sent him a naked image of herself, he would stop. Once she sent the image, though, the

messages continued and she became more fearful of what he would do, especially to her family. He also sent her a Wyze wireless internet camera and told her to put it in her bedroom so he could "make sure she was doing what she was supposed to."

8. Not long after she set up the camera, two Instagram accounts appeared and began following people in MV1's family. One was Venk836228, which was a variation of MV1's name. The other, Averyconcernedfriend1, was similar to one of the email addresses that sent her messages. That email account, aconcernedfriend1@protonmail.com, also began emailing MV1's mother on her personal and work account. Because the email provider is based in Switzerland, no IP subscriber information could be received.

9. A court order was sent to Instagram, requesting IP address logins for the accounts, Venk836228 and Averyconcernedfriend1. The IP address that was used to register the account, Averyconcernedfriend1 was 98.28.219.33, owned by Charter Communications. The email address associated with the registration was aconcernedfriend1@protonmail.com. To date, the information for Venk836228 has not been received.

10. Your affiant wrote a court order to Charter Communications, to receive the subscriber information for IP address 98.28.219.33. The results were returned on January 15, 2021 and are as follows:

    Subscriber Name: Joshua Bell

    Subscriber Address: 5504 E. Galbraith Road, Apt. 12

        Cincinnati, Ohio 45236

    Email address: darkhero9105@hotmail.com

    Telephone Number: (832) 212-8805

3

11. In August 2019 investigators assigned to the FBI Cincinnati Child Exploitation/ Human Trafficking Task Force were notified of child rape investigations in which the two subjects also described belonging to a chat group named "Cincinnati Taboo" or "Cincy", in the social media application Kik, in which child pornography was traded.

12. In February 2020, investigators with the Hamilton County Sheriff's Office – Regional Electronic Crimes Investigation unit (RECI) conducted an investigation based on an Ohio Internet Crimes Against Children Task Force lead. During that investigation, the subject admitted to possessing and trading child pornography via a Kik chat group called "Cincytabboo". This subject provided consent for investigators to assume control of his Kik account and monitor communications in the "Cincytabboo" chat group, which at the time contained over 40 members. The communications indicated an individual with the username of "BASTILLA_Shan" was an administrator in the group. A review of subpoena responses indicated the user of the "BASTILLA_Shan" accessed the Kik account via IP address 98.28.219.33. Charter Communications identified that IP address as being assigned to 5504 East Galbraith Road, Apartment 12, Cincinnati, Ohio in the name of Joshua Bell.

13. In October 2020, pursuant to a federal search warrant, Kik provided images and videos from the "BASTILLA_Shan" account, in which approximately 92 files were identified which depicted prepubescent and post-pubescent males and females nude, partially nude, and/or engaged in sex acts, in which their genitals were depicted in lascivious manner which is consistent with child pornography as defined in 18 USC 2256.

14. In June 2020, Kik submitted a CyberTip report to the National Center for Missing and Exploited Children (NCMEC) regarding a Kik account with the username "ithelildevil", which was identified as transmitting suspected child pornography files. A review of the information provided by Kik and subsequent response from Charter Communications indicated the user of

4

"""ithelildevil"" accessed the Kik account from an IP address of 98.28.219.33, with service to 5504 East Galbraith Road, Apartment 12, Cincinnati, Ohio in the name of Joshua Bell.

15. In November 2020, Kik submitted a CyberTip report to NCMEC regarding a Kik account with the username "hotterwhensmaller", which was identified as transmitting suspected child pornography files. A review of the information provided by Kik and subsequent response from Charter Communications indicated the user of "hotterwhensmaller" accessed the Kik account from and IP address of 98.28.219.33 with service to 5504 East Galbraith Road, Apartment 12, Cincinnati, Ohio in the name of Joshua Bell.

16. In December 2020. investigators identified Jocko Dane Rosello, Born XX/XX/1989, and his mother as residing at 5504 East Galbraith Road, Apartment 12, Cincinnati, Ohio, since September 2019. No information was located which identified a Joshua Bell as being associated with that address. A criminal history check indicated Rosello was arrested in 2016 and charged in Kentucky with a state violation of using an electronic communication system to attempt to procure a minor for sex. In December 2020, an Assistant Commonwealth's Attorney for Jefferson County, Kentucky advised the prosecution of Rosello was still pending and provided a summary of the investigation which included an undercover law enforcement officer responding to a Craigslist.com advertisement that was advertising "any girl into perv and taboo". The advertisement also advertised for a girl into incest, young, etc.

17. On January 20, 2021, a federal search warrant, 1:21-MJ-029 was executed at 5504 East Galbraith Road, Apartment 12, Cincinnati, Ohio. Rosello and his mother were located inside the residence. Contemporaneous to the search warrant, Rosello and his mother agreed to be interviewed. Both acknowledge living at the apartment. Rosello denied any knowledge of the aforementioned Kik accounts nor the Kik group chat, and also denied being associated with child pornography. Rosello denied knowing a Josh Bell. Rosello did acknowledge having a guitar in

5

a case in his bedroom. He asserted the Samsung brand laptop computer, an Alcatel brand One Touch Tablet, a Motorola brand cell phone, and sex toys, that were located in the case with the guitar, were old and had not been used in years. Rosello initially denied knowing MV1. Rosello was shown images of an envelope and card from MV1, which included the hand-drawn depiction of two characters with an abbreviation of MV1's name and "Joc", that was located in his bedroom. Rosello responded that he had nothing to say about the card. Rosello denied communicating with the mother of MV1 nor being aware of the significance of the username Averyconcernedfriend. At the end of the interview, Rosello acknowledged that the evidence showed it was him, but asserted it was a giant setup.

18. On January 21, 2020, your affiant conducted a search of one of those items, an Alcatel One Touch Tablet, using MicroSystemation's XRY. The exam recovered several selfie-type images of Rosello, approximately 300 videos and numerous still images containing child pornography.

19. A review of the videos found five that feature MV1. All were saved in the Telegram folder and created on December 19, 2019, within a few minutes of each other. Those videos are further described as:

    a. 1_5170316652088131779.mp4 - a seven second video of MV1, from waist down, taking a selfie video, masturbating her vagina. She is wearing what appear to be red, white, and green pajamas with hearts and "Love" written on them, as well as a purple-colored, interwoven ring on her right index finger.

    b. 1_5170316652088131780.mp4 - a fourteen second video of MV1, from waist down, taking a selfie video, masturbating her vagina. She is wearing the same type pajamas and the same purple ring as in the first video.

  c.  1_5170316652088131781.mp4 – a six second selfie video showing MV1's face. She is licking her breast and has the same purple-colored interwoven ring on her right index finger.

  d.  1_5172766406944489604.mp4 - a two second selfie video of MV1. It does not show child pornography, but clearly shows her face. She is wearing a "Kings Island" shirt, stating unrecognizable sentence.

  e.  1_5177385300673953916.mp4 – an eleven second video, taken from the waist down. MV1 exposes her vagina and masturbates with her right hand. She is wearing the same purple-colored interwoven ring on her right index finger.

20. A description of several other videos, also found in the Telegram folder, includes:

  a.  1_4924887746754904285.mp4 – a one minute and ten second video of a toddler aged female performing oral sex on an adult male's penis, while the child is in the bathtub.

  b.  1_4927323865090097282.mp4 - a sixteen second video of a male masturbating and ejaculating on the face and mouth of a prepubescent female.

  c.  1_4938435319147003995.mp4 - a one minute nineteen second video in which a small brown dog performs oral sex on the vagina of a prepubescent female.

  d.  1_4961041643286298887.mp4 - a forty one second video of an adult male repeatedly inserting his penis into the anus of a child under the age of one.

  e.  2_5435865726856463305.mp4 – a one minute video of a female under the age of five, lying on her back on a bed, naked, while another person inserts a vibrator into the child's vagina.

## III. CONCLUSION

21. Based on the above information noted in this Affidavit, I submit that there is probable cause to believe that ROSELLO received and possessed child pornography in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1) and 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2). I, therefore, respectfully request that an arrest warrant be issued authorizing the arrest of Jocko Dane Rosello.

*[signature]*
Task Force Officer MARY BRAUN
Federal Bureau of Investigation

Subscribed and sworn to before me on this 26th day of January, 2021.
via electronic means, specifically Facetime video.

*[signature: Stephanie K. Bowman]*
Stephanie K. Bowman
United States Magistrate Judge

8